UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA        PLAINTIFF

vs.        CIVIL NO. 3:22cv258-MPM-RP

ALL MONIES CREDITED TO
MEMBERS EXCHANGE CREDIT UNION
ACCOUNT # 3030123795        DEFENDANT

## WARRANT FOR ARREST IN REM

TO:     ANY SPECIAL AGENT OF THE UNITED STATES INTERNAL REVENUE SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on November 16, 2022, the United States of America filed a Verified Complaint for civil forfeiture in the United States District Court for the Northern District of Mississippi against the above-named defendant property, alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the defendant property is not currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(ii) and L.U.Civ.R. G(4)(b) direct that the Court must enter a warrant to arrest the defendant property upon a finding of probable cause. The Court finds probable cause exists to arrest the defendant property based on the allegations contained in the complaint filed in this matter; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it.

NOW THEREFORE you are hereby commanded to arrest the above-named defendant property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Nov. 16, 2022

ROY PERCY
UNITED STATES MAGISTRATE JUDGE